UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>G. KAUR, et al.,<br><br>    Defendants. | No. 2:16-cv-1828 KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 21) is granted; and

    2. Plaintiff shall file a second amended complaint on or before August 20, 2017.

Dated: 07/17/17

/spen1828.36(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE