UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. KAUR, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1828 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. This action proceeds on plaintiff's claim that in 2016, defendant Kaur retaliated against plaintiff at California State Prison, Solano. By order filed March 28, 2018, this action was referred to the post-screening ADR project and stayed pending a settlement conference. The case did not settle. Therefore, the stay of this action is lifted, and defendant Kaur is directed to file a responsive pleading within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Within thirty days from the date of this order, defendant Kauer shall respond to plaintiff's second amended complaint (ECF No. 23).

Dated: August 28, 2018

/spen1828.ans

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE