IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD SPENCE,** | Case No. 2:16-cv-01828 KJN |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **G. KAUR,** | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se. On November 20, 2018, the discovery deadline was extended to February 25, 2019. On January 3, 2019, counsel for defendant Kauer requested an extension of time, *nunc pro tunc*, to respond to plaintiff's request for production of documents and request for admissions. Good causing having been shown, IT IS HEREBY ORDERED that:

1. Defendant Kaur's motion (ECF No. 55) is granted; and

2. Defendant Kaur is granted an additional fifty-three days, nunc pro tunc, to serve responses to plaintiff's request for production of documents (set one) and request for admissions (set one), up to and including January 27, 2019.

Dated: January 7, 2019

/spen1828.ext

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE