UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>G. KAUR, et al.,<br><br>    Defendants. | No. 2:16-cv-1828 TLN KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 15, 2019, defendant Kaur filed a motion to compel and for sanctions, which is fully briefed. However, in light of the district court's recent order, defendant's motion must be denied without prejudice. On May 13, 2020, the district court denied plaintiff's request for reconsideration and ordered plaintiff to provide, within forty-five days, supplemental responses to defendant as required under the August 15, 2019 order. Thus, defendant's motion was prematurely filed, and is denied without prejudice to renewal following receipt and review of plaintiff's supplemental responses.

Accordingly, IT IS HEREBY ORDERED that defendant's motion (ECF No. 86) is denied without prejudice.

Dated: May 15, 2020

/spen1828.mtc4

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE