UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>              Plaintiff,<br><br>       v.<br><br>G. KAUR, et al.,<br><br>              Defendants. | No. 2:16-cv-1828 TLN KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with this civil rights action seeking relief under 42 U.S.C. § 1983.

On May 13, 2020, the district court denied plaintiff's motion for reconsideration, and ordered plaintiff to provide supplemental responses to discovery. (ECF No. 100.) On June 1, 2020, plaintiff filed supplemental responses. (ECF No. 103.) In the meantime, defendant Chambers was served and filed an answer on June 22, 2020. By separate order, the court will set a revised schedule for this case.

On February 24, 2020, plaintiff filed a request for access to witnesses. However, plaintiff did not sign the request. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's request unless he signs it and re-files it. Plaintiff is provided an opportunity to re-file the request bearing his signature.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days in which to re-file his request for access to witnesses (ECF No. 94) bearing his signature.

Dated:  July 6, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spen1828.wit