IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD SPENCE,** | Case No. 2:16-cv-01828 KJN P |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **G. KAUR,** | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 19, 2021, defendants Chambers and Kaur filed a request for an additional ten days in which to respond to the December 18, 2020 order (ECF No. 120). This was their second request for an extension; on January 5, 2021, defendants were granted fourteen days in which to file one response that complies with the December 18, 2020 order. (ECF No. 122.) Good cause having been shown, defendants' request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for a ten-day extension of time (ECF No. 125) is granted; and

////

////

////

2. Defendants shall have until January 29, 2021, to file a response that complies with the December 18, 2020 order (ECF No. 120).

Dated: January 22, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spen1828.eot2