UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE, | No. 2:16-cv-1828 TLN KJN P |
| Plaintiff, | |
| v. | ORDER REQUESTING RESPONSE BY <u>INMATE SHEPHERD, #V-77471</u> |
| G. KAUR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. By order filed April 9, 2021, plaintiff was permitted to submit questions for potential witnesses to the October 2016 incident that took place at California State Prison-Solano ("CSP-Solano"), so that the court could provide the questions to such witnesses and seek their responses. On May 19, 2021, plaintiff provided letters to each putative witness that included his questions, along with an exhibit to provide context. Good cause appearing, the court will provide the questions and exhibit to each witness individually by separate order.

Background

This inquiry concerns dates and actions alleged in the appended CDC 128B information chrono. The facts presented in such chrono are disputed by the parties herein.

According to CSP-Solano library records, Mr. Shepherd was in attendance on October 25, 2016, or November 1, 2016, or was an inmate worker in the CSP-Solano library on either or both

1

dates. The purpose of this request is to obtain Mr. Shepherd's declaration attesting to, or refuting, defendant Kaur's version of the events, or otherwise set forth Mr. Shepherd's recollection of such events, and to determine his willingness to testify at trial. If Mr. Shepherd has no recollection of the events at issue, he may respond accordingly.

Questions for Potential Witness

1. Please set forth your recollection of what did or did not occur on October 25, 2016, and November 1, 2016, at the CSP-Solano library.

2. Please address whether you witnessed any acts of retaliation or false reporting by defendant Kaur on inmates, custody staff, or LTA's; if so, please explain.

3. Please address whether you witnessed any emotional displays or outbursts while in the library on October 25, 2016, and November 1, 2016; if so, please explain.

4. Please set forth any information you know regarding the creation, purpose, policy and practice of the blue placards issued by custody when entering the library.

5. Please provide a brief explanation of how library access is attained.

6. Please indicate whether or not you are willing to testify should the instant case be set for trial.

Conclusion

Mr. Shepherd is granted sixty days in which to submit his declaration to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Within sixty days from the date of this order, the court asks Cameron Shepherd to complete and return the appended notice by inmate witness, along with his declaration, to the undersigned in the enclosed envelope.

2. The Clerk of the Court is directed to serve this order, the appended notice, a copy of the November 2, 2016 chrono (ECF No. 131 at 3), and postage paid envelope addressed to the court, on Cameron Shepherd, V-77471, California State Prison, Sacramento, P.O. Box 290001, Represa, CA 95671.

Dated: May 26, 2021

/cw/spen1828.wit7

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>        Plaintiff,<br><br>   v.<br><br>G. KAUR, et al.,<br><br>        Defendants. | No. 2:16-cv-1828 TLN KJN P<br><br><u>NOTICE BY INMATE WITNESS</u> |

    I, Cameron Shepherd, V-77471, submit this notice, as follows:

    \_\_\_\_\_ Appended is my declaration.

    \_\_\_\_\_ I have no recollection as to the events in October or November 2016 at CSP-Solano library.

DATED: _____

                                                                                        _____

                                                                                        Cameron Shepherd