UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>           Plaintiff,<br><br>    v.<br><br>G. KAUR, et al.,<br><br>           Defendants. | No. 2:16-cv-1828 TLN KJN P<br><br><br>ORDER |

      Plaintiff, a state prisoner, proceeds pro se. In response to the April 9, 2021 order, plaintiff provided questions to pose to putative witnesses. Subsequently, the court ordered the Clerk to serve questions on eight putative witnesses, and requested each witness respond within 60 days. Sixty days have now passed, and the court received notices from four inmates.

      Because plaintiff does not have access to the electronic docket, the Clerk is directed to send plaintiff copies of the inmates' responses, as follows: the first page of the first three inmates' notices;[1] all three pages of inmate Johnson's notice. (ECF No. 140-1, 141-1, 142-1 and 143 (all 3 pages).)

////

////

---

[1] Some of the inmates appended a copy of the CDC 128B completed by defendant Kaur, which plaintiff already has.

1

1     Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send plaintiff copies of the inmates' responses. (ECF No. 140-1, 141-1, 142-1 and 143 (3 pages).)

Dated: July 30, 2021

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spen1828.decl