IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD SPENCE,** | Case No. 2:16-cv-01828 KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **G. KAUR,** | |
| Defendants. | |

Pending before the Court is Defendants' request for a thirty-days extension time to reply to Plaintiff's opposition to their motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request for an extension of time (ECF No. 159) is GRANTED. Defendants shall have until May 7, 2022, to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment.

Dated:  April 11, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Spence1828.eot