UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>   Plaintiff,<br><br>   v.<br><br>G. KAUR, et al.,<br><br>   Defendants. | No. 2:16-cv-01828-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 163.) Plaintiff filed objections to the findings and recommendations. (ECF No. 164.) Plaintiff also filed a request for judicial notice. (ECF No. 165.) Defendants filed a response. (ECF No. 166.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 12, 2022 (ECF No. 163), are ADOPTED in full;

2. Defendants' Motion for Summary Judgment (ECF No. 153) is GRANTED; and

3. Plaintiff's Request for Judicial Notice (ECF No. 165) is DENIED.

**DATED: September 19, 2022**

_____
Troy L. Nunley
United States District Judge